U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHYLLIS WELDON,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>D/B/A AMTRAK, JOHN DOE 1<br>And JOHN DOE 2 | )<br>)<br>)<br>)<br>)  **CIVIL ACTION NO. 04-10275 NG**<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for the Defendants, National Railroad Passenger Corporation d/b/a Amtrak, John Doe 1 and John Doe 2, in the above-entitled case.

DATED AT BOSTON, MASSACHUSETTS THIS 18th DAY OF MARCH, 2004.

                                            NATIONAL RAILROAD PASSENGER
                                            CORPORATION D/B/A AMTRAK,
                                            JOHN DOE 1 AND JOHN DOE 2,
                                            By their attorneys,

                                            */s/ Sharon H. Church*
                                            John J. Bonistalli; BBO # 049120
                                            Sharon H. Church; BBO # 640878
                                            LAW OFFICES OF JOHN J. BONISTALLI
                                            One Financial Center
                                            Boston, MA  02111
                                            (617) 695-3755