**U.S DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PHYLLIS WELDON,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-10275 NG<br>) |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>D/B/A AMTRAK, JOHN DOE 1<br>and JOHN DOE 2,<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF LITIGATION BUDGET DISCUSSIONS

The plaintiff, Phyllis Weldon, and its counsel, the Law Offices of Burton J. Hass, hereby certify that they have conferred regarding the estimated costs of litigating this claim.

This also shall certify that the plaintiff, Phyllis Weldon, is agreeable to attempting to resolve this issue through alternative dispute resolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 30th DAY OF APRIL, 2004.

Attorneys for the Plaintiff,

JONATHAN J. HASS, BBO#558133
DAVID M. HASS, BBO# 542237
LAW OFFICES OF BURTON J. HASS
640 Main Street
Malden MA 02148-3919

## CERTIFICATE OF SERVICE

I, Jonathan J. Hass, attorney for the plaintiff, Phyllis Weldon, hereby certify that a true copy of the foregoing Certification of Litigation Budget Discussions was mailed first class, postage prepaid, this 30th day of April, 2004 to counsel for the defendants:

John J. Bonistalli, Esquire
Sharon H. Church, Esquire
Law Offices of John J. Bonistalli
One Financial Center
Boston MA 02111

JONATHAN J. HASS

April 30, 2004