**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PHYLLIS WELDON,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>D/B/A AMTRAK, JOHN DOE 1<br>And JOHN DOE 2 | ) CIVIL ACTION NO. 04-10275 NG<br>)<br>)<br>)<br>) |

## JOINT STATEMENT OF PROPOSED PRE-TRIAL SCHEDULE

Pursuant to this Court's Notice dated March 31, 2004, counsel for all parties in the above-referenced matter have consulted regarding the pre-trial schedule of this matter. Following is their proposed Pre-Trial Schedule:

1. All non-expert discovery, including depositions, shall be completed by September 30, 2004.

2. All expert discovery, including depositions, shall be completed by October 31, 2004.

3. All motions under F.R.C.P. 12, 19 and 20 shall be filed by October 31, 2004.

4. All motions under F.R.C.P. 15 shall be filed by October 31, 2004.

5. All motions under F.R.C.P. 56 shall be filed and by November 30, 2004.

The defendant, National Railroad Passenger Corporation, states that it does not agree to trial by a magistrate judge.

Signed certifications will be filed under separate cover, stating that the parties and their counsel have had the opportunity to discuss a budget for the costs of litigating this claim.

1

Respectfully submitted,
Plaintiff, Phyllis Weldon,
By her attorneys,

Defendants, National Railroad
Passenger Corporation,
John Doe 1 and John Doe 2,
By their attorneys,

_/s/ Jonathan J. Hass_
David M. Hass, BBO # 542237
Jonathan J. Hass, BBO # 558133
LAW OFFICES OF BURTON J. HASS
640 Main Street
Malden, MA 02148
(781) 322-3900

_/s/ Sharon H. Church_
John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755

Dated: May 4, 2004