**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PHYLLIS WELDON,<br>Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| NATIONAL RAILROAD<br>PASSENGER CORPORATION<br>D/B/A AMTRAK, JOHN DOE 1<br>And JOHN DOE 2 | ) CIVIL ACTION NO. 04-10275 NG<br>)<br>)<br>)<br>) |

## CERTIFICATION OF LITIGATION BUDGET DISCUSSIONS

The defendant, National Railroad Passenger Corporation d/b/a Amtrak, and its counsel, the Law Offices of John J. Bonistalli, hereby certify that they have conferred regarding the estimated costs of litigating this claim.

This shall also certify that the defendant, National Railroad Passenger Corporation, is agreeable to attempting to resolve this issue through alternative dispute resolution, if necessary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __27__ DAY OF __APRIL__, 2004.

_____
Richard Allen, Claims Representative
National Railroad Passenger Corporation
60 Massachusetts Ave., NE
Washington, DC 20002

_____
John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111

## CERTIFICATE OF SERVICE

      I, Sharon H. Church, attorney for the defendants, National Railroad Passenger Corporation d/b/a Amtrak, John Doe 1 and John Doe 2, hereby certify that a true copy of the foregoing Joint Statement of Proposed Pre-Trial Schedule was mailed first class, postage prepaid, this 4th day of May, 2004 to:

David M. Hass, Esquire
Jonathan M. Hass, Esquire
LAW OFFICES OF BURTON J. HASS
640 Main Street
Malden, MA  02148


                                                                               Sharon H. Church