*Law Offices of*
## Burton J. Hass
640 Main Street
Malden, Massachusetts 02148-3919

(781) 322-3900
Fax: (781) 322-1851

David M. Hass
Jonathan J. Hass

E-mail: BJHlaw@msn.com

FILED
IN CLERKS OFFICE
2004 JUN 30  A 11: 58
U.S. DISTRICT COURT
DISTRICT OF MASS

June 29, 2004

Clerk, United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 2300
Boston MA 02210

Re: Phyllis Weldon
Vs: National Railroad Passenger Corp., d/b/a Amtrak, et. al.
Our File No. H 7411
Docket No: Civil Action No. 04-10275 NG

Re:   **SETTLEMENT CONFERENCE**

Dear Madam or Sir:

It is my understanding that the court intends to arrange a settlement conference. Kindly arrange this conference at the court's earliest convenience. I will be out-of-state from July 19-23, 2004, therefore please do not schedule the conference for that time. Thank you.

Very truly yours,
LAW OFFICES OF BURTON J. HASS
BY:
JONATHAN J. HASS

cc.   John J. Bonistalli, Esquire and Sharon H. Church, Esquire