UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHYLLIS WELDON,
       Plaintiff,

v.                                                                                          CIVIL ACTION
                                                                                            04-CV-10275-NG

NATIONAL RAILROAD PASSENGER
CORP., et al,
       Defendants.

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 2:00 p.m. on Tuesday, October 19, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA 02201.

                                                   By: /s/ Barbara Clarke
                                                   Barbara Clarke (617) 748-9275
                                                   (Available Only Tuesday, Wednesday
                                                   and Thursday) or call
                                                   George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
August 4, 2004