**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PHYLLIS WELDON,
        Plaintiff(s)

V.

NATIONAL RAILROAD PASSENGER CORP., et al
        Defendant(s)

CIVIL ACTION

NO. 04-CV-10275-NG

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GERTNER

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ] On November 17, 2004 I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ X ] Settled. Your clerk should enter a __30__ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

11/18/04
    DATE

/s/Elliott J. Mahler, Esq.
ADR Provider
ADR Panel Member
Barron & Stadfeld
50 Staniford Street, Suite 200

Boston, MA 02114

_____

_____

(ADReport11-18Weldon.wpd - 4/12/2000) [adrrpt.]