UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHYLLIS WELDON,
               Plaintiff(s)

V.

NATIONAL RAILROAD PASSENGER
CORP., et al
               Defendant(s)

CIVIL ACTION

NO. 04-CV-10275-NG

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE GERTNER

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ] On __November 17, 2004__ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X] Settled. Your clerk should enter a __30__ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_____
_____

11/18/04
DATE

/s/Elliott J. Mahler, Esq.
ADR Provider
ADR Panel Member
Barron & Stadfeld
50 Staniford Street, Suite 200
Boston, MA 02114