# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

   PHYLLIS WELDON
       Plaintiff

V.

 NATIONAL RAILROAD PASSENGER CORP.
      Defendant

CIVIL ACTION

NO.  04cv10275NG

## SETTLEMENT ORDER OF DISMISSAL

   GERTNER,   D. J.

The Court having been advised on   November 18, 2004   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

   11/22/2004
      Date

/s/ Jennifer Filo
Deputy Clerk